✗ FILED ___ LODGED
/ RECEIVED ___ COPY

DEC 12 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
JAMES R. KNAPP
Assistant U.S. Attorney
Arizona State Bar No. 021166
ANDREW C. STONE
Assistant United States Attorney
Arizona State Bar No. 026543
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: james.knapp2@usdoj.gov
       andrew.stone@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>     vs.<br><br>Pierre Zarokian,<br><br>          Defendant. | NO.  CR-18-1626-PHX-JJT<br><br>**INFORMATION**<br><br>VIO: 18 U.S.C. § 371<br>       (Conspiracy) |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

From on or about October 2016 through May 2017, in the District of Arizona and elsewhere, the defendant, PIERRE ZAROKIAN, and others known and unknown, unlawfully, willfully, and knowingly agreed, combined, and conspired to intentionally damage a protected computer in violation of 18 U.S.C. § 1030(a)(5)(A). In furtherance of the conspiracy, and to achieve the object of the conspiracy, ZAROKIAN and his coconspirator did commit an overt act—namely, ZAROKIAN and his coconspirator removed complaints from the Ripoff Report (ROR) website by obtaining unauthorized access to the ROR database and deleting information, while charging clients approximately $3,000 to $5,000 for removal of each complaint.

All in violation of 18 U.S.C. § 371.

Dated this __16th__ day of October, 2018.

                                ELIZABETH A. STRANGE
                                First Assistant United States Attorney
                                District of Arizona

                                *s/ Andrew C. Stone*
                                JAMES R. KNAPP
                                ANDREW C. STONE
                                Assistant U.S. Attorneys