Jody C. Corbett (#019718)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
jody@berkelawfirm.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| USA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Pierre Zarokian,<br><br>　　　　　　　Defendant. | Case No. 2:18-cr-01626-JJT<br><br>**MOTION FOR EXTENSION OF TIME FOR PRESENTENCE INVESTIGATOR TO SUBMIT PRESENTENCE REPORT**<br><br>**(Second Request)** |

Pursuant to Fed. R. Crim. P. 32(e)(2) and 46(b), Defendant Pierre Zarokian ("Defendant"), through undersigned counsel, moves for a thirty-day extension of time for the presentence investigator, Michael Wimmer, to submit the presentence report in this case to the parties, and waives the minimum notice period set forth in Fed. R. Crim. P. 32(e)(2). The deadline for Mr. Wimmer to submit the presentence report to the parties was January 23, 2019. Because of the recent holidays and because Defendant resides out of state, it has taken some time to schedule his interview with Mr. Wimmer. The interview is now scheduled to take place on February 6, 2019, which is after the current deadline to submit the report. Following the interview, Mr. Wimmer will then need time to complete his

report. Therefore, Defendant requests an extension of thirty days, to February 22, 2019 for Mr. Wimmer to submit the presentence report to the parties. Undersigned counsel has contacted Mr. Wimmer, the presentence investigator, and he agrees with the requested extension. Undersigned counsel also contacted counsel for the United States, Andrew Stone, and he has no objection to the requested extension. A proposed order is attached.

DATED this 28th day of January, 2019.

BERKE LAW FIRM, PLLC


By   s/ Jody C. Corbett
     Jody C. Corbett
     Attorneys for Defendant Pierre Zarokian

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Elon Berk
gba_law@yahoo.com
*Attorney for Defendant*

Andrew C. Stone
andrew.stone@usdoj.gov
James Richard Knapp
james.knapp2@usdoj.gov
*Assistant U.S. Attorneys*

By    s/ Jody C. Corbett

2