Jody C. Corbett (#019718)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
jody@berkelawfirm.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| USA, | |
|---|---|
| Plaintiff, | Case No. 2:18-cr-01626-JJT |
| vs. | **MOTION TO CONTINUE SENTENCING** |
| Pierre Zarokian, | |
| Defendant. | **(First Request)** |

  Defendant Pierre Zarokian ("Defendant"), through undersigned counsel, moves this Court for an Order continuing the sentencing in the above matter which is currently set for March 4, 2019, at 2:00 p.m. for a period of at least ninety (90) days.  This extension is necessary to explore mitigation for sentencing.  Undersigned counsel has contacted counsel for the United States, James Knapp, and he has no objection to the requested continuance.

  Additionally, it is not expected that excludable delay will occur under 18 U.S.C. § 3161 as a result of this motion or from an order based thereon.

  A proposed order is attached.

. . .

1

DATED this 27th day of February, 2019.

BERKE LAW FIRM, PLLC

By  s/ Jody C. Corbett
Jody C. Corbett
Attorneys for Defendant Pierre Zarokian

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Elon Berk
gba_law@yahoo.com
*Attorney for Defendant*

Andrew C. Stone
andrew.stone@usdoj.gov
James Richard Knapp
james.knapp2@usdoj.gov
*Assistant U.S. Attorneys*

By    s/ Jody C. Corbett