Jody C. Corbett (#019718)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
jody@berkelawfirm.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| USA, | Case No. 2:18-cr-01626-MTL |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SENTENCING** |
| Pierre Zarokian, | **(Fourth Request)** |
| Defendant. | |

      Defendant Pierre Zarokian ("Defendant"), through undersigned counsel, moves this Court for an Order continuing the sentencing in the above matter which is currently set for December 16, 2019, at 9:00 a.m. for a period of at least sixty (60) days.  This additional extension is necessary to continue to explore mitigation for sentencing.  Undersigned counsel has contacted counsel for the United States, James Knapp and Andrew Stone, and they have no objection to the requested continuance.

      Additionally, it is not expected that excludable delay will occur under 18 U.S.C. § 3161 as a result of this motion or from an order based thereon.

      A proposed order is attached.

1

DATED this 4th day of December, 2019.

BERKE LAW FIRM, PLLC


By  s/ Jody C. Corbett
  Jody C. Corbett
  Attorneys for Defendant Pierre Zarokian

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Elon Berk
gba_law@yahoo.com
*Attorney for Defendant*

Andrew C. Stone
andrew.stone@usdoj.gov
James Richard Knapp
james.knapp2@usdoj.gov
*Assistant U.S. Attorneys*

By     s/ Jody C. Corbett