Jody C. Corbett (#019718)
**BERKE LAW FIRM, PLLC**
1601 N. 7th Street, Suite 360
Phoenix, AZ 85006
Phone: (602) 254-8800
Fax: (602) 254-8808
jody@berkelawfirm.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Pierre Zarokian,<br><br>　　　　　　Defendant. | Case No. 2:18-cr-01626-MTL<br><br>**UNOPPOSED MOTION TO CHANGE TIME OF SENTENCING ON MARCH 6, 2020** |

　　　　Defendant Pierre Zarokian ("Defendant"), through undersigned counsel, moves to change the time of the sentencing currently set for March 6, 2020, at 9:30 a.m. to a time of 11:30 a.m. or later on the same date.  Defendant requests this change of time because he and his counsel will be flying to Phoenix from California on the day of the sentencing and the earliest flight they can take will arrive at 9:40 a.m.  If they have to appear before the Court by 9:30 a.m. it will necessitate flying to Phoenix the day before and incurring additional expense.  Undersigned counsel has contacted counsel for the United States, James Knapp, and he has no objection to a change of time for the sentencing for later the same day.

　　　　A proposed order is attached.

1

DATED this 28th day of February, 2020.

BERKE LAW FIRM, PLLC


By  s/ Jody C. Corbett
    Jody C. Corbett
    Attorneys for Defendant Pierre Zarokian

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Elon Berk
gba_law@yahoo.com
*Attorney for Defendant*

Andrew C. Stone
andrew.stone@usdoj.gov
James Richard Knapp
james.knapp2@usdoj.gov
*Assistant U.S. Attorneys*

By     s/ Jody C. Corbett