MICHAEL BAILEY
United States Attorney
District of Arizona
JAMES R. KNAPP
Arizona State Bar No. 021166
Email: james.knapp2@usdoj.gov
ANDREW C. STONE
Arizona State Bar No. 026543
Email: andrew.stone@usdoj.gov
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-1626-PHX-MTL |
| Plaintiff, | **GOVERNMENT'S RESPONSE TO OBJECTION TO PSR** |
| vs. | |
| Pierre Zarokian, | |
| Defendant. | |

Defendant Pierre Zarokian objects to a two-level enhancement under U.S.S.G. § 2B1.1(b)(2)(A)(ii) applicable to crimes "committed through mass-marketing." The U.S. Sentencing Guidelines directs the Court to apply the enhancement for any "plan, program, promotion, or campaign that is conducted though solicitation by telephone, mail, the Internet, or other means to induce a large number of persons to . . . purchase goods or services." U.S.S.G. § 2B1.1 cmt. 4(A).

Zarokian's conduct falls squarely within this definition. Zarokian operated various internet marketing companies, including Submit Express and Reputation Stars, offering reputation management, search engine optimization, and other online services for businesses. (PSR 10 ¶ 51.) Zarokian admits he worked with a Cyprus-based hacker, Joshua Epifaniou, to profit from unauthorized access to a consumer complaint website, Ripoff Report (ROR). (ECF No. 12 (Plea Agreement) at 6.) Zarokian would contract with small

businesses looking to remove negative reviews from ROR, promising to remove the negative reviews through court orders or other legal process. (PSR 5 ¶¶ 6-7.) Epifaniou would then hack into the ROR computer servers and delete the negative reviews. Zarokian and Epifaniou removed more than 100 complaints this way, charging each of Zarokian's clients between $1000 and $5000 per complaint and splitting the profits. (PSR 5 ¶ 10.)

Zarokian contends that his conduct does not warrant the enhancement because he "did not go out and market his services" through email or mass internet advertising. But Zarokian operated internet marketing companies that specifically advertised reputation management services—including ROR complaint removal—on the websites. *See* Reputation Management Services, https://www.submitexpress.com/reputation-management/ (last visited March 4, 2020); Reputation Repair, https://www.reputationstars.com/what-we-do/reputation-repair (last visited March 4, 2020). As the Ninth Circuit explained in *United States v. Pirello*, "an advertisement on a general access website" can be enough to support the enhancement. *Pirello*, 255 F.3d 728, 732 (9th Cir. 2001) (holding that "advertisements on a classified-ads website" constituted mass-marketing under predecessor provision, U.S.S.G. § 2F1.1(b)(3)); *see also United States v. Heckel*, 570 F.3d 791, 795 (7th Cir. 2009) (affirming for use of internet auction site); *United States v. Magnson*, 307 F.3d 333, 335 (5th Cir. 2002) (affirming for ads in grocery store tabloids). It applies to passive as well as active solicitation: "a swindler [need not] hunt his victims with a shotgun rather than a trap to invoke [U.S.S.G. § 2B1.1(b)(2)(A)(ii)]." *Pirello*, 255 F.3d at 732.

Moreover, the evidence here shows Zarokian hunted with a trap *and* a shotgun. For at least some clients of his reputation management services, he sent targeted emails with links to the ROR complaints to solicit their business. Exhibit A to this Response is one such email, where Zarokian emailed a link and advertised that he could "get this removed completely and would guarantee removal." *See* Dec. 29, 2016 Email (attached as Ex. A).

For all of these reasons, Zarokian's objection to the two-level enhancement under

U.S.S.G. § 2B1.1(b)(2)(A)(ii) should be overruled.

Respectfully submitted this 4th day of March 2020.

                              MICHAEL BAILEY
                              United States Attorney
                              District of Arizona

                              *s/ James R. Knapp*

                              JAMES R. KNAPP
                              ANDREW C. STONE
                              Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on 3/4/2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant: Elon Berk, Jody Corbett

*s/ James Knapp*
U.S. Attorney's Office