**Gibbs, Erin F. (PX) (FBI)**



On December 29, 2016 at 10:58:21 AM, Pierre Zarokian (pierre@reputationstars.com) wrote:

From: Pierre Zarokian <pierre@reputationstars.com>
Subject: Inquiry From ████████████

Name: Pierre Zarokian
Email: pierre@reputationstars.com
Phone: ████████-6170
How Hear: Other
IP: 107.184.43.111
Hi, I have seen a defamatory post about you at
(http://www.ripoffreport.com/r/ ████████████████████
████████████████████
████████ ████████████

I can help you get this removed completely and would guarantee removal. Please let me know if you would like more details.