# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Pierre Zarokian,<br><br>　　　　　Defendant. | No. CR-18-01626-001-PHX-MTL<br><br>***EX PARTE* RESTRAINING ORDER** |

Having considered the United States' *Ex Parte* Emergency Motion to Restrain Assets pursuant to the All Writs Act, 28 U.S.C. § 1651,

**IT IS HEREBY ORDERED** granting the Government's Motion (Doc. 48).

**IT IS FURTHER ORDERED** that Defendant Pierre Zarokian, his agents, and/or anyone acting on his behalf shall not spend, disburse, invest, dissipate, transfer, pledge, dispose, conceal, or otherwise render unavailable for restitution a sum equal to $87,367.25 obtained as the result of the sale of his residence located on Ashington Drive in Glendale, California;

IT IS FURTHER ORDERED that the defendant instruct the escrow company handling the sale of his residence to deposit a portion of the proceeds of the sale equal to $87,367.25 with the Clerk of the Court pending further order of the court. The payment shall be made in Case 2:18-cr-01626-MTL Document 48-1 Filed 05/22/20 Page 1 of 2 the form of cashier' check made payable to the Clerk of the Court and mailed or otherwise delivered to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 W.

1  Washington Street, SPC 1, Phoenix, Arizona, 85003-2118 and referencing, CR 18-1626-
2  001-PHX-MTL, Pierre Zarokian in the memo section of the instrument.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall deposit the funds and the funds shall be held until further order from this Court.

Dated this 22nd day of May, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge