MICHAEL BAILEY
United States Attorney
District of Arizona
JAMES R. KNAPP
Arizona State Bar No. 021166
Email: james.knapp2@usdoj.gov
ANDREW C. STONE
Arizona State Bar No. 026543
Email: andrew.stone@usdoj.gov
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-18-1626-PHX-MTL |
| Plaintiff, | **GOVERNMENT'S RESPONSE TO MOTION TO CONTINUE** |
| vs. | |
| Pierre Zarokian, | |
| Defendant. | |

The United States opposes Defendant Pierre Zarokian's motion to continue the restitution hearing for fourteen days.

First, the motion should be denied because the restitution determination cannot wait another fourteen days. The Court scheduled the restitution hearing pursuant to 18 U.S.C. § 3664(d)(5), which allows the Court to "set a date for the final determination of the victim's losses, not to exceed 90 days after sentencing." The sentencing date was March 6, 2020, so the final determination per § 3664(d)(5) should be made no later than June 4, 2020. *But see Dolan v. United States*, 560 U.S. 605, 620 (2010) (holding that 90-day deadline is not "ironclad limit," and that courts retain jurisdiction to impose restitution after that period).

Second, the motion should be denied because Zarokian fails to show good cause. Zarokian has already promised in his plea agreement "to pay full restitution, regardless of the resulting loss amount but in no event more than $200,000, to all victims directly or

proximately harmed" by his conduct. (ECF No. 12 (Plea Agreement) at 3.) And he has known the precise amount and basis of the restitution claim since February 28, 2020, when he received the victim impact statement and a table of expenses backed up by copies of individual invoices. (ECF No. 35-1 (Victim Impact Statement).) The only thing that is "new"—that is, provided nearly a month ago, on May 1—is the supplemental declaration Zarokian requested from the victim's IT contractor to help explain the itemized costs.

The United States recognizes that the COVID-19 pandemic results in unexpected travel and other logistical challenges, so if Zarokian seeks merely to reschedule to another date before June 4, 2020, the United States does not oppose. Undersigned counsel is available any time on June 1, 2, or 3 but is unavailable May 29.

Respectfully submitted this 26th day of May 2020.

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
>  *s/ James R. Knapp*
>
> JAMES R. KNAPP
> ANDREW C. STONE
> Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on 5/26/2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant: Elon Berk, Jody Corbett

 *s/ James Knapp*
U.S. Attorney's Office